UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRANDI REHMAN,**

   Plaintiff,

v.                                                                         No. 4:23-cv-0118-P

**TEXAS HEALTH RESOURCES,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order Granting the Agreed Motion to Compel Arbitration (ECF No. 15):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice** in favor of arbitral proceedings.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **25th day** of **April 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE